IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EARL EVANS, | |
|     Plaintiff, | CV F 07 0604 OWW WMW PC |
|     vs. | ORDER RE MOTION (DOC 14) |
| EL DORADO HILL, et al., | |
|     Defendants. | |

Plaintiff has filed a motion for adjudication of this action. On April 10, 2008, an order was entered, dismissing the complaint in this action with leave to file an amended complaint. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for adjudication is denied as moot.

IT IS SO ORDERED.

Dated: **April 17, 2008**     /s/ **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE

1