IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY EARL EVANS,

       Plaintiff,              CV F 07 0604 OWW WMW PC

  vs.                             ORDER

EL DORADO HILL, et al.,

       Defendants.

     On April 10, 2008, an order was entered, dismissing the complaint and granting Plaintiff leave to file an amended complaint. On May 12, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. Plaintiff has requested an extension of time in which to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

     1. The May 12, 2008, recommendation of dismissal is vacated.

     2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a first amended complaint.

IT IS SO ORDERED.

**Dated:   May 19, 2008**　　　　　　　　　　/s/  **William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE